FILED
U.S. DISTRICT COURT
2017 OCT 10 P 1:49
DISTRICT OF UTAH
BY:
DEPUTY CLERK

JOHN W. HUBER, United States Attorney (#7226)
LYNDA R. KRAUSE, Assistant United States Attorney (#7433)
Attorneys for the United States of America
111 South Main Street, Suite 1800
Salt Lake City, Utah 84111-2176
Telephone: (801) 325-3354
lynda.krause@usdoj.gov

## IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF UTAH, CENTRAL DIVISION

| UNITED STATES OF AMERICA, Plaintiff, v. JERRY TOULATOS, Defendant. | MISDEMEANOR INFORMATION<br><br>Violation Notice FAVR00GB/U34, FAVR00GC/U34 and FAVR00GD/U34<br><br>I. Simple Possession of a Controlled Substance, Methamphetamine (21 U.S.C. § 844);<br>II. Possession of Marijuana (16 U.S.C. 551 and 36 C.F.R. 261.53(e))<br>III. Possession of Drug Paraphernalia (16 U.S.C. 551 and 36 C.F.R. 261.53(e))<br><br>Magistrate Judge Robert T. Braithwaite |
|---|---|

Case: 2:17-cr-00588
Assigned To : Braithwaite, Robert T.
Assign. Date : 10/10/2017
Description: USA v Toulotos

The United States Attorney Charges:

COUNT I
(21 U.S.C. § 844)
(Possession of a Controlled Substance, Methamphetamine)

On or about the 7th day of October 2017 in the Northern Division of the District of Utah, National Forest System Land within Wasatch County, State and District of Utah,

JERRY TOULATOS,

the Defendant herein, did possess a controlled substance (to wit: methamphetamine, in violation of 21 U.S.C. § 844 and as described in the attached copy of Violation Notice FAVR00GB/U34, which is incorporated by reference and made a part thereof.

COUNT II
(16 U.S.C. § 551 and 36 C.F.R. 261.53(e))
(Possession of Marijuana)

On or about the 7th day of October 2017 in the Central Division of the District of Utah, National Forest System Land within Wasatch County, State and District of Utah,

JERRY TOULATOS,

the Defendant herein, did possess marijuana, in violation of 16 U.S.C. 551 and 36 C.F.R. 261.53(e) and as described in the attached copy of Violation Notice FAVR00GC/U34, which is incorporated by reference and made a part thereof.

COUNT III
(16 U.S.C. § 551 and 36 C.F.R. 261.53(e))
(Possession of Drug Paraphernalia)

On or about the 7th day of October 2017 in the Central Division of the District of Utah, National Forest System Land within Wasatch County, State and District of Utah,

JERRY TOULATOS,

the Defendant herein, did possess drug paraphernalia (to wit: one methamphetamine pipe), in violation of 16 U.S.C. 551 and 36 C.F.R. 261.53(e) and as described in the attached copy of Violation Notice FAVR00GD/U34, which is incorporated by reference and made a part thereof.

DATED this 10 day of October, 2017.

JOHN W. HUBER
United States Attorney

LYNDA R. KRAUSE
Assistant United States Attorney

# United States District Court
## Violation Notice

CVB Location Code: U34

FAVR00GB

| Violation Number | Officer Name | Officer No. |
|---|---|---|
| FAVR00GB | SCHIEDEL | 1723 |

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

| Date and Time of Offense (mm/dd/yyyy) | Offense Charged |
|---|---|
| 10/07/2017  14:36 | FED  21USC  844 |

**Place of Offense**
MILL HOLLOW ROAD AND SR35

**Offense Description: Factual Basis for Charge**    HAZMAT ☐
POSSESSION OF A CONTROLLED SUBSTANCE

METHAMPHETAMINE

### DEFENDANT INFORMATION
Phone: ( 385 ) 4451590

| Last Name | First Name | M.I. |
|---|---|---|
| TOULATOS | JERRY | |

**Street Address**
836 EAST 1100 NORTH

| City | State | Zip Code |
|---|---|---|
| OGDEN | UT | 84404 |

Drivers License No

A ☒ IF BOX A IS CHECKED, YOU MUST APPEAR IN COURT. SEE INSTRUCTIONS (opposite).

B ☐ IF BOX B IS CHECKED, YOU PAY AMOUNT INDICATED BELOW OR APPEAR IN COURT. SEE INSTRUCTIONS (opposite).

| | |
|---|---|
| | Forfeiture Amount |
| $30.00 | Processing Fee |
| PAY THIS AMOUNT | Total Collateral Due |

### YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

**Court Address**
351 South West Temple

Salt Lake City, Utah 84101

Date (mm/dd/yyyy):

Time (hh:mm): 09:00

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or pay the total collateral due.

X Defendant Signature _____

Previous edition is obsolete    Original - CVB Copy    FS-5300-4 (7/05)

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on   October 7, 2017   while exercising my duties as a law enforcement officer in the   Northern   District of   UT

Pursuant to 16USC 551:

While on patrol on the Heber/Kamas Ranger District I observed a vehicle parked off highway 35, during the contact with the occupant, TOULATOS I discovered narcotics on his person.

Narcotics located were methamphetamine and marijuana. Narcotic paraphanailia was also located in conjunction with the methamphetamine, glass pipe.

Due to these narcotics being located on TOULATOS person and vehicle he was arrested for possession of controlled substance.

The foregoing statement is based upon:
MY PERSONAL INVESTIGATION

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on:   10/07/2017
                Date (mm/dd/yyyy)         Officer's Signature

☐ Probable cause has been stated for the issuance of a warrant.

Executed on:   _____
                Date (mm/dd/yyyy)         U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passenger vehicle;
CDL = Commercial drivers license;   CMV = Commercial vehicle involved in incident

| United States District Court Violation Notice | CVB Location Code U34 | |
|---|---|---|
| Violation Number FAVR00GC | Officer Name SCHIEDEL | Officer No. 1723 |

**YOU ARE CHARGED WITH THE FOLLOWING VIOLATION**

| Date and Time of Offense (mm/dd/yyyy) 10/07/2017  14:36 | Offense Charged FED  21USC  844 |
|---|---|

Place of Offense
MILL HOLLOW ROAD AND SR35

Offense Description: Factual Basis for Charge   HAZMAT ☐
POSSESSION OF A CONTROLLED SUBSTANCE

MARIJUANA

**DEFENDANT INFORMATION**   Phone: ( 385 ) 4451590

| Last Name TOULATOS | First Name JERRY | M.I. |
|---|---|---|

Street Address
836 EAST 1100 NORTH

| City OGDEN | State UT | Zip Code 84404 |
|---|---|---|

A [X] IF BOX A IS CHECKED, YOU MUST APPEAR IN COURT.
SEE INSTRUCTIONS (opposite).

MUST PAY AMOUNT INDICATED BELOW OR APPEAR IN COURT.
SEE INSTRUCTIONS (opposite).

Forfeiture Amount
$30.00   Processing Fee

PAY THIS AMOUNT   Total Collateral Due

**YOUR COURT DATE**
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

| Court Address | Date (mm/dd/yyyy) |
|---|---|
| 351 South West Temple | |
| Salt Lake City, Utah 84101 | Time (hh:mm) 09:00 |

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or pay the total collateral due.

X Defendant Signature _____

Previous edition is obsolete   Original - CVB Copy   FS-5300-4 (7/05)

# STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on October 7, 2017 while exercising my duties as a law enforcement officer in the Northern District of UT

Pursuant to 16USC 551:

While on patrol on the Heber/Kamas Ranger District I observed a vehicle parked off highway 35, during the contact with the occupant, TOULATOS I discovered narcotics on his person.

Narcotics located were methamphetamine and marijuana. Narcotic paraphanailia was also located in conjunction with the methamphetamine, glass pipe.

Due to these narcotics being located on TOULATOS person and vehicle he was arrested for possession of controlled substance.

The foregoing statement is based upon:
MY PERSONAL INVESTIGATION

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on:   10/07/2017
               Date (mm/dd/yyyy)         Officer's Signature

☐ Probable cause has been stated for the issuance of a warrant.

Executed on:   _____
               Date (mm/dd/yyyy)         U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passenger vehicle;
CDL = Commercial drivers license;   CMV = Commercial vehicle involved in incident

# United States District Court
## Violation Notice

**CVB Location Code:** U34

| Violation Number | Officer Name | Officer No. |
|---|---|---|
| FAVR00GD | SCHIEDEL | 1723 |

FAVR00GD

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

| Date and Time of Offense (mm/dd/yyyy) | Offense Charged | | |
|---|---|---|---|
| 10/07/2017  14:36 | FED | 36CFR | 26153E |

**Place of Offense**
MILL HOLLOW ROAD AND SR35

**Offense Description: Factual Basis for Charge**   HAZMAT ☐
POSSESSION OF NARCOTIC EQUIPMENT

METH PIPE.

### DEFENDANT INFORMATION
Phone: ( 385 ) 4451590

| Last Name | First Name | M.I. |
|---|---|---|
| TOULATOS | JERRY | |

**Street Address:** 836 EAST 1100 NORTH

| City | State | Zip Code |
|---|---|---|
| OGDEN | UT | 84404 |

Drivers License No.

---

SEE INSTRUCTIONS (opposite).

OR APPEAR IN COURT.
SEE INSTRUCTIONS (opposite).

| | Forfeiture Amount |
|---|---|
| $30.00 | Processing Fee |
| PAY THIS AMOUNT | Total Collateral Due |

### YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

**Court Address**
351 South West Temple
Salt Lake City, Utah 84101

**Date (mm/dd/yyyy):**

**Time (hh:mm):** 09:00

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or pay the total collateral due.

X Defendant Signature _____

Previous edition is obsolete     Original - CVB Copy     FS-5300-4 (7/05)

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on October 7, 2017 while exercising my duties as a law enforcement officer in the Northern District of UT

Pursuant to 16USC 551:

While on patrol on the Heber/Kamas Ranger District I observed a vehicle parked off highway 35, during the contact with the occupant, TOULATOS I discovered narcotics on his person.

Narcotics located were methamphetamine and marijuana. Narcotic paraphanallia was also located in conjunction with the methamphetamine, glass pipe.

Due to these narcotics being located on TOULATOS person and vehicle he was arrested for possession of controlled substance.

The foregoing statement is based upon:

MY PERSONAL INVESTIGATION

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 10/07/2017

Date (mm/dd/yyyy)          Officer's Signature

☐ Probable cause has been stated for the issuance of a warrant.

Executed on: _____

Date (mm/dd/yyyy)          U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passenger vehicle;
CDL = Commercial drivers license;   CMV = Commercial vehicle involved in incident